United States District Court
Southern District of Texas
**ENTERED**
October 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ADELA AGUILAR and JOSE AGUILAR, *Plaintiffs,* | § | |
| v. | § | Civil No. 5:26-cv-00916 |
| FIDENCIO HOMERO VASQUEZ MACIAS and JULIO CESAR CABRERA SANCHEZ, *Defendants.* | § | |

## ORDER

On July 29, 2026, the Court ordered Plaintiffs to respond to Defendants' Motion to Dismiss and to show cause for their delay by August 27, 2026. Dkt. No. 21. Although Plaintiffs did file their Response by the deadline set by the Court, they did not explain the reason for their delay.

So that the Court may consider Plaintiffs' out of time Response, the Court **ORDERS** Plaintiffs to show cause for their delay in filing their Response by **November 12, 2026**.

IT IS SO ORDERED.

Signed this October 29, 2026, in Laredo, Texas.

Diana Song Quiroga

Diana Song Quiroga
United States Magistrate Judge